WOODWARD–CLYDE CONSULTANTS v. CHEMICAL AND
POLLUTION SCIENCES, INC., ETC.

June 27, 1986.

Cross-petition for certification denied.